UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

PAUL MCCORD,

        Plaintiff,

v.

GARDA CL ATLANTIC, INC., et al

        Defendants.

---

2:17-CV-01311-WJM-MF

**O R D E R**

On August 18, 2017 United States Magistrate Judge Mark Falk filed a detailed Report and Recommendation in which he found

> "Plaintiff has raised "colorable" claims against Arroyo. Garda has not carried its heavy burden of demonstrating that Arroyo has been fraudulently joined and therefore the Court does not have diversity jurisdiction over this case."

The parties were notified that they had fourteen (14) days to submit objections to the Report and Recommendation pursuant to Local Rule 72.1(c)(2); no objection or responses having been received; and the Court having reviewed the Report and Recommendation, and good cause appearing;

It is on this 6th day of September, 2017

**ORDERED** that the Report and Recommendation of Magistrate-Judge Mark Falk is hereby adopted as the Opinion of this Court; and it is further

**ORDERED** that this matter is hereby remanded to the Superior Court of New Jersey, Essex County – Law Division.

s/William J. Martini
―――――――――――――――――――
WILLIAM J. MARTINI, U.S.D.J.